**Date of Arrest: 03/20**

# United States District Court

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Juan Pablo SEGURA-Martinez<br>AKA: Paulo Salomon GEORGE-Garay<br>089927893<br>YOB: 1989<br>Citizen of: Honduras<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Case No. 17-1245MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about March 20, 2017, Defendant Juan Pablo SEGURA-Martinez, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Honduras through the port of Valley International Airport on or about April 22, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

reviewed AUSA Louis Uhl

tv @ USBP

for

Signature of Complainant

Terry Williams
Border Patrol Agent

Sworn to before me and subscribed in my presence,

March 21, 2017 at Yuma, Arizona

Date City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Juan Pablo SEGURA-Martinez
AKA: Paulo Salomon GEORGE-Garay
089927893

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 20, 2017, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near San Antonio, Texas on or about December 6, 2008. The Defendant was most recently removed on or about April 22, 2016, through the port of Valley International Airport.

Agents determined that on or about March 17, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 21, 2017
Date

Signature of Judicial Officer